UNITED STATES of America,
Plaintiff–Appellee,

v.

James W. THIBODAUX, Jr.,
Defendant–Appellant.

No. 04–30407.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 17, 2004.

Robert Watts Gillespie, Jr., Assistant U.S. Attorney, Josette Louise Cassiere,

---

298

Assistant U.S. Attorney, U.S. Attorney's Office, Shreveport, LA, for Plaintiff-Appellee.

Richard George Crane, Nashville, TN, for Defendant-Appellant.

PER CURIAM: *

James W. Thibodaux, Jr., appeals his sentence following his guilty plea to making false statements to a bank and obstructing an audit by making false entries in the records of a financial institution. Thibodaux argues that the district court improperly enhanced his sentence based on facts not alleged in the bill of information, not proven to a jury beyond a reasonable doubt, nor admitted by him in violation of *Blakely v. Washington*, —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). As Thibodaux concedes, this argument is foreclosed by *United States v. Pineiro*, 377 F.3d 464, 473 (5th Cir.2004), *petition for cert. filed* (U.S. July 14, 2004) (No. 04-5263). Thibodaux states that he raises the issues to preserve them for further review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.